AUGUSTA RUPP, Appellant, v. KATE T. BUTLER and JOHN BUTLER, Respondents.— Order affirmed, with costs. No opinion. Jenks, P. J., Carr and Mills, JJ., concurred; Thomas and Rich, JJ., voted to reinstate the verdict.

MAX SCHEIDLINGER, as Administrator, etc., Respondent, v. LAISSER SILBER, Appellant, and DIVORIA SILBER, Defendant.— Order of the Appellate Term reversed, and motion to vacate an order for the examination before trial of the moving defendant granted, with ten dollars costs and disbursements. We approve the decision of the Appellate Term in the First Department in *Mitchell* v. *Schroeder* (94 Misc. Rep. 270). It is proper to observe that by chapter 610 of the Laws of 1916, to take effect September 1, 1916, section 27 of the Municipal Court Code of New York city * was amended so as to permit the deposition of a party to an action in the Municipal Court to be taken. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

RICHARD SCHOENEWERG, Respondent, v. HENRY JOHNSTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

LILLIE SMITH, Respondent, v. ALBERT F. PECK, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Rich JJ.

FRANK SOHN, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

NICHOLAUS J. UNGER, Appellant, v. MARY A. NICOLL, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

JOSEPH WALLACE, Respondent, v. CHARLES R. FAAS, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

WILLIAM GUGGENHEIM, Respondent, v. ISAAC GUGGENHEIM and Others, Appellants.— Motion denied and order signed. Present — Jenks, P. J., Carr, Rich and Putnam, JJ.

---

* See Laws of 1915, chap. 279, § 27, subd. 4, as added by Laws of 1916, chap. 610.— [REP.

† See Election Law (Consol. Laws, chap. 17; Laws of 1909, chap. 22), § 153, as amd. by Laws of 1913, chap. 820; also amd. by Laws of 1916, chap. 537.— [REP.